# Court of Appeals
# of the State of Georgia

ATLANTA, September 25, 2013

*The Court of Appeals hereby passes the following order:*

**A14D0028. SHEENA ADAMS v. THE STATE.**

In 2010, Sheena Adams pled guilty to criminal damage to property in the second degree. She was sentenced to three years to serve 90 days in confinement, with credit for time served. Following a probation revocation hearing, the court revoked her probation for 30 days, with credit for time served, and reinstated her probation. Adams then filed a motion to set aside judgment, motion for a directed verdict, and motion to dismiss. On June 5, 2013, the trial court entered an order denying Adams' motions. Adams filed an application for discretionary appeal on August 9, 2013.[1] We lack jurisdiction to consider the application.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Because this application was filed 65 days after entry of the order denying Adams' motions, it is untimely and we lack jurisdiction to consider it. Accordingly, this application is hereby DISMISSED.

---

[1] The application was originally filed in the Supreme Court, which transferred the case to us after finding no basis for jurisdiction in the Supreme Court.



*Court of Appeals of the State of Georgia*
          *Clerk's Office, Atlanta,* 09/25/2013
          *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*